# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFERY JONES

Docket No. 3:03CR00273-1 (JCH)

FILED
2005 JAN 28 A 9 29
US DISTRICT COURT
HARTFORD CT

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffery Jones who was sentenced to 60 months imprisonment for a violation of 21 U.S.C. Section 841(a)(1), Possession with Intent to Distribute Cocaine by the Honorable Thomas K. Moore, sitting in the court at St. Thomas, Virgin Islands on August 27, 1997 who fixed the period of supervision at 5 years which commenced on April 22, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in substance abuse treatment as directed by the probation office. If found appropriate by the probation officer, the defendant shall enter and complete an in-patient drug rehabilitation program; 2) The defendant shall support his dependants and meet family responsibilities; 3) Obtain and maintain employment. Whenever not employed, shall perform 200 hours community service or attend vocational training or educational training.

A transfer of jurisdiction was authorized on August 25, 2003 and the case was assigned to the Honorable Janet C. Hall. Mr. Jones' term of supervised release is scheduled to expire on April 21, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1:** Standard Condition: " You shall notify the probation office ten days prior to any change of residence or employment."
During a home visit on November 18, 2004, the probation officer was advised that Mr. Jones no longer resided at his last known address. Mr. Jones has not notified the Probation Office of an address change and his whereabouts are presently unknown. He is currently considered an absconder.

**Charge No. 2:** Special Condition: "The defendant shall participate in substance abuse treatment as directed by the probation office. If found appropriate by the probation officer, the defendant shall enter and complete an in patient drug rehabilitation program."
On November 3, 2004, Mr. Jones was unsatisfactorily discharged from outpatient substance abuse treatment at the ALSO-Cornerstone, INC after missing scheduled appointments on October 12, 2004, October 20, 2004 and November 16, 2004.

**Charge No. 3:** Standard Condition: " You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days or each month."
Mr. Jones has failed to report for scheduled office appointments on October 13, 2004, November 10, 2004 and December 8, 2004.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled so that Mr. Jones can be brought before the Court to show cause as to why his term of supervision should be revoked.

**ORDER OF COURT**

Considered and ordered this 27th day of Jan, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet C. Hall
United States District Judge

Sworn to By

_____
Steven J. Lambert
Senior United States Probation Officer

Place Bridgeport, CT
Date Jan 27, 2005

Before me, the Honorable Janet C. Hall, United States District Judge, on this 27th day of Jan at Bridgeport, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Janet C. Hall
United States District Judge