PROB 19
(Rev. 1/82)

# United States District Court

for

**FILED**

<u>DISTRICT OF CONNECTICUT</u>  2005 JAN 28 A 9:29

U.S. DISTRICT COURT
HARTFORD, CT.

U.S.A. vs Jeffery Jones                    Docket No. 3:03CR00273-1 (JCH)

TO:[1]   any United States Marshal or any authorized officer

| WARRENT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Jeffery Jones |||SEX<br>Male|RACE<br>Black|AGE<br>41|
| ADDRESS (STREET, CITY, STATE)<br>unknown |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Honorable Janet C. Hall United States District Court, Bridgeport, Connecticut 06604 |||DATE IMPOSED<br>August 27, 1997||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Honorable Janet C. Hall  United States District Court, Bridgeport, Connecticut 06604 |||||
| CLERK<br>Kevin Rowe | (BY) DEPUTY CLERK<br>Barbara [signature] || DATE<br>January 28, 2005 ||

| RETURN |||
|---|---|---|
| Warrant received and executed<br>28 JAN. 2005 | DATE RECEIVED<br>28 JAN. 2005 | DATE EXECUTED<br>17 MAY 2005 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. MARSHALS SERVICE, 141 CHURCH STR. NEW HAVEN, CT. 06510 |||
| NAME<br>JOHN V. CANALE | (BY) [signature] | DATE<br>17 MAY 2005 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____ ;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."