AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

UNITED STATES OF AMERICA

V.    **APPEARANCE**

JEFFREY JONES

DOCKET NUMBER: 3:03-CR-273 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| JUNE 10, 2005 | /s/ |
| DATED | SIGNATURE |
| | PAUL A. MURPHY |
| | PRINT NAME |
| | ASSISTANT UNITED STATES ATTORNEY |
| | ct26654 |
| | FEDERAL BAR NUMBER |
| | United States Attorney's Office |
| | 915 Lafayette Boulevard Room 309 |
| | ADDRESS |
| | Bridgeport, Connecticut    06604 |
| | CITY    STATE    ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed to the following this 10th day of June 2005:

Paul Thomas, Esq.
Assistant Federal Public Defender
Federal Public Defenders' Office
2 Whitney Avenue, Suite 300
New Haven, CT 06510

                                  /s/_____
                                PAUL A MURPHY
                                ASSISTANT UNITED STATES ATTORNEY