U.S. DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUL 12 P 4: 16

United States of America

vs.

Jeffrey Jones

Criminal Dkt. #:03CR00273(JCH)

## ORDER FOR PSYCHIATRIC EVALUATION IN AID OF SENTENCING

On August 27, 1997, Jeffrey Jones was sentenced to 60 months imprisonment and five years supervised release for Possession With Intent to Distribute Cocaine, subject to standard conditions and special conditions.

The defendant's term of supervised release commenced on April 22, 2003.

On December 5, 2003, the defendant's conditions of supervised release were modified adding special conditions requiring his participation in a community corrections facility for 4 months in addition to his participation in mental health treatment.

On January 27, 2005 a warrant was issued for the defendant to show cause why the supervised release term should not be revoked based on allegations by the Probation Office that the defendant violated the conditions, specifically that he failed to report a change of residence, failed to report as directed and failed to participate in substance abuse treatment as directed.

On June 9, 2005, the defendant appeared with counsel for a violation hearing to determine if the supervised release term should be revoked. At that hearing the Court determined that probable cause existed and the terms of supervision had been violated.

2

A finding was entered and the matter continued to permit the defendant to undergo a psychiatric evaluation to assist the Court in determining sentencing.

NOW THEREFORE, IT IS ORDERED that the defendant be remanded for a psychiatric evaluation pursuant to 18 U.S.C. 3552 (b) to be conducted by the Yale Psychiatric Institute located in New Haven, Connecticut. Such study shall not exceed 60 days. A written report shall be provided to the Court detailing the pertinent results of the evaluation and include recommendations which may be helpful to the Court in sentencing.

The Probation Office shall share all such material in its possession, including the presentence report, to assist the examiner with the evaluation.

In addition to the above requested psychiatric evaluation, the Court requests that the examiner pay particular attention to the following guidelines.

1. Is the defendant mentally stable and does he present a danger to the community?

2. Would medication be an effective method of treating his psychiatric issues?

The Court orders the defendant remanded in the custody of the Bureau of Prisons. The defendant will be returned to Court for final sentencing upon completion of the evaluation.

Signed this _____ Day of July, 2005.

The Honorable Janet C. Hall
United States District Judge