# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFERY JONES

Docket No. 3:03CR00273-1 (JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffery Jones who was sentenced to 60 months imprisonment for a violation of 21 U.S.C. Section 841(a)(1), Possession with Intent to Distribute Cocaine by the Honorable Thomas K. Moore sitting in the court at St. Thomas, Virgin Islands on August 27, 1997 who fixed the period of supervision at 5 years which commenced on April 22, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in substance abuse treatment as directed by the probation office. If found appropriate by the probation officer, the defendant shall enter and complete an in-patient drug rehabilitation program; 2) The defendant shall support his dependants and meet family responsibilities; 3) Obtain and maintain employment. Whenever not employed, shall perform 200 hours community service or attend vocational training or educational training.

A transfer of jurisdiction was authorized on August 25, 2003 and the case was assigned to the Honorable Janet C. Hall. Mr. Jones' term of supervised release is scheduled to expire on April 21, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No.1:** Standard Condition: "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."
Mr. Jones has tested positive for cocaine use on October 24, 2005, December 14, 2005, January 10, 2006, February 8, 2006 and June 23, 2006.

**Charge No. 2:** Special Condition: "The defendant shall participate in substance abuse treatment as directed by the probation office. If found appropriate by the probation officer, the defendant shall enter and complete an in patient drug rehabilitation program."
On May 3, 2006, Mr. Jones was unsatisfactorily discharged from outpatient substance abuse treatment at the MAAS program after missing three consecutive scheduled appointments.

**Charge No. 3:** Standard Condition: "You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days or each month."
Mr. Jones has failed to report for scheduled office appointments on January 10, 2006, April 11, 2006 and June 14, 2006, July, 12, 2006, and August 9, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition serve as a summons directing Jeffrey Jones to appear before the court at Bridgeport, Connecticut on 9/20/06 at 10:00 a.m. to show cause why his supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 6th day of Sept, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By _____
Steven J. Lambert
Senior United States Probation Officer

Place  Bridgeport, CT
Date  Sept. 6, 2006

Before me, the Honorable Janet C. Hall, United States District Judge, on this 6th day of Sept, 2006 at Bridgeport, Connecticut, Senior United States Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge